**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 14, 2020

By ECF

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 1/15/2020

**MEMO ENDORSED**

Re: **United States v. Doran Santiago Ramos**
**20-CR-4 (ER)**

Dear Judge Ramos:

With the consent of the Government, I write to request an adjournment of Mr. Santiago Ramos's January 23 status conference. I make this request because I will be out of the office on January 23, 2020. I understand that the Court is available for a status conference on January 24, 2020. Both parties are available for a conference on this date or the week of January 27 (except January 28).

Respectfully submitted,

\_\_\_\_/s/_____
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc: Brett Kalikow
Assistant United States Attorney
(by ECF)

---

The January 23 status conference is adjourned to January 24, 2020, at 11:00 AM.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 1/15/2020
New York, New York