UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>DORAN SANTIAGO RAMOS,<br><br>Defendant. | **ORDER**<br><br>20 Cr. 0004 (ER) |

Ramos, D.J.:

At the bail hearing held on March 19, 2020, defendant Doran Santiago Ramos' application for bail was granted. At that time, a subsequent conference was scheduled for May 19, 2020. That conference is hereby adjourned. The parties shall instead submit a joint status report by 5:00 PM Tuesday, May 19, 2020.

SO ORDERED.

Dated: May 15, 2020
         New York, New York

_____
Edgardo Ramos, U.S.D.J.