**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
*Attorney-in-Charge*

**MEMO ENDORSED**     July 6, 2020

**BY EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The application is __X__ granted
> ____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: July 30, 2020
> New York, New York

      Re:    *United States v. Doran Santiago Ramos,* 20 Cr. 4 (ER)

Dear Judge Ramos:

      I write to respectfully request that the Court modify Mr. Doran Santiago Ramos's bail conditions to allow him to access the gym inside of his apartment building and exercise outdoors with advance permission from pretrial.

      This Court placed Mr. Ramos on home detention on May 22, 2020. He has been compliant with the strict conditions of home detention. Mr. Ramos now seeks permission to 1) access the small gym located in his apartment building and 2) engage in outdoor exercise– specifically running and jogging– near his home, with advance permission from pretrial. ███ ███████████████████████████████████████████████████████████ These issues are exacerbated by a sedentary lifestyle. The requested modifications would allow Mr. Ramos to engage in exercises that benefit his health. The government has not yet responded to a request for its position on this modification. Mr. Ramos's pretrial officer, John Moscato, stated that it is pretrial's standard position to object to all requests for exercise outside of the home, but pretrial would accommodate an exercise schedule for Mr. Ramos if the Court grants this modification.

      Respectfully submitted,

      /s/ Zawadi Baharanyi
      Zawadi Baharanyi, Esq.
      Assistant Federal Defender
      Tel: (212) 417-8735/ (917) 612-2753
      Email: Zawadi_Baharanyi@fd.org

CC: AUSA Brett Kalikow