**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 8, 2020

By ECF

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The application is  X   granted
                  ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: ___12/10/2020___
New York, New York

      Re:    **United States v. Doran Santiago Ramos**
             **20-CR-4 (ER)**

Dear Judge Ramos:

      I write to respectfully request that the Court modify Mr. Doran Santiago Ramos's bail conditions to remove the condition of electronic monitoring, and permit Mr. Ramos to travel domestically for the Christmas and New Years holidays with advance permission from Pretrial services. Pretrial does not object to removing the condition of electronic monitoring.

      This Court placed Mr. Ramos on house arrest on March 19, 2020, followed by home detention on May 22, 2020. Mr. Ramos's bail conditions were most recently modified to permit domestic travel strictly for work, with advance permission from Pretrial. According to Mr. Ramos's Pretrial services officers, Mr. Ramos has been compliant with the strict conditions of his pretrial release. Since August 15, 2020, Mr. Ramos has been working with Clothes Minded Group (CMG). CMG is a company based in the United Kingdom and the United States that focuses on producing fashion focused events and connecting fashion brands to retail stores. He has also been in close communication with Pretrial about medical appointments to address underlying health issues previously discussed with the Court.  Removing the condition of electronic monitoring after nearly nine months of compliance will allow Mr. Ramos to 1) attend future medical appointments without the complication of applying for removal each time; 2) visit with his family during the holiday season without the stigma of an ankle bracelet; and 3) meet new clients when permitted without immediately signaling his involvement in the criminal justice system.

      Mr. Ramos also requests modification of his bail to allow for temporary domestic holiday travel with the advance consent of Pretrial services. Currently, Mr. Ramos is only permitted to travel domestically outside of New York for work. Mr. Ramos would submit a schedule for

holiday related travel and information on lodging and travel arrangements in advance to Pretrial services.

      Mr. Ramos's Pretrial officers, Mohammed Ahmed and John Moscato, do not object to removing the condition of ankle monitoring.

                              Respectfully submitted,

                                /s/
                              Zawadi Baharanyi
                              Assistant Federal Defender
                              212-417-8735

cc:    Brett Kalikow
        Assistant United States Attorney
        (by ECF)