# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 11, 2021

---

> The January 14 status conference is adjourned to March 3, 2021, at 11:30 a.m. Speedy trial time is excluded from January 14, 2021, until March 3, 2021, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 1/13/2021
> New York, New York

---

By ECF

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Doran Santiago Ramos**
**20-CR-4 (ER)**

Dear Judge Ramos:

With the consent of the Government by AUSA Brett Kalikow, I write to respectfully request that the Court adjourn the status conference scheduled for January 14, 2021, for approximately 45 days. The Government needs additional time to review and consider Mr. Ramos's mitigation submission. The adjournment will hopefully allow the parties to reach a resolution in this matter. The Government requests the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161, from January 14 until the new status conference. The defense consents to the exclusion of time.

Respectfully submitted,

___/s/_____
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc: Brett Kalikow
    Assistant United States Attorney
    (by ECF)