

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __3/2/2021__

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2021

> The March 3 status conference is adjourned to April 22, 2021, at 11:30 a.m.  Speedy trial is excluded from March 3, 2021, until April 22, 2021, in the interest of justice.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: __3/2/2021__
> New York, New York

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Doran Santiago Ramos*, 20 Cr. 4 (ER)

Dear Judge Ramos:

    A status conference in the above-captioned matter is scheduled for March 3, 2021. The Government and defense counsel have been engaged in ongoing substantive discussions regarding a possible pretrial resolution, including recent exchanges of additional information. However, these discussions will not be completed in advance of the forthcoming conference. Therefore, the Government respectfully requests that the Court adjourn the conference for a period of approximately 45 days to continue these discussions.

    In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from March 3, 2021 to the date that the conference is rescheduled to permit the parties to continue negotiations regarding possible pretrial disposition.  The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

    I have communicated with defense counsel, who has consented to the above requests.

> Respectfully submitted,
>
> AUDREY STRAUSS
> United States Attorney
>
> By: _____
> Brett M. Kalikow
> Assistant United States Attorney
> (212) 637-2220

cc:    Zawadi S. Baharanyi, Esq. (via ECF)