**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 22, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __3/22/2022__

**BY ECF**

The Honorable Judge Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

RE:   **United States v. Doran Santiago Ramos**
         20 Cr. 4 (ER)

Honorable Judge Ramos:

With the consent of the Government, I write to respectfully request a two-day extension of the deadline for filing the sentencing submission on behalf of Mr. Ramos, and, likewise, an extension for the Government.

Sentencing is currently scheduled for April 5 at 2:30 p.m., and defense submissions are due today, March 22, 2022. I respectfully ask the Court to extend the submission due date to March 24, 2022, and the Government's filing deadline to March 31.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Zawadi Baharanyi
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735/ (917) 612-2753

cc:   Brett Kalikow, Assistant U.S. Attorney.

The application is __X__ granted
                   ____ denied

_[signature]_
Edgardo Ramos, U.S.D.J
Dated: __3/22/2022__
New York, New York