**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 18, 2022

**VIA EMAIL**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Doran Santiago Ramos**,
    **20 CR. 4 (ER)**

Dear Judge Abrams:

I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Ramos's passport back to Mr. Ramos. Mr. Ramos's passport was surrendered to Pretrial Services during the pendency of his criminal case. On April 8, 2022, Mr. Ramos received a sentence of time served with three years of supervised release. Pretrial Services has informed my office that they can only release Mr. Ramos's passport pursuant to a Court order. We thus respectfully request that the Court order the release of his passport.

Respectfully submitted,

/s/ Zawadi Baharanyi
Zawadi S. Baharanyi, Esq.
Assistant Federal Defender
Tel.: (212) 417-8735

**SO ORDERED:**

_____
**HONORABLE EDGARDO RAMOS**
**United States District Judge**
Dated: May 19, 2022