```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
 UNITED STATES OF AMERICA        :
                                 :      ORDER OF RESTITUTION
          - v. -                 :
                                 :      20 Cr. 4 (ER)
 DORAN SANTIAGO RAMOS,           :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Brett M. Kalikow, Assistant United States Attorney, of counsel; the Presentence Report; the conviction of DORAN SANTIAGO RAMOS, the defendant, on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1.   **Amount of Restitution.**

DORAN SANTIAGO RAMOS, the defendant, shall pay restitution in the total amount of **$1,625,753**, to be paid to the victims of the offense charged in Count One.  The names, addresses, and specific amount owed to the victims are set forth in the Schedule of Victims attached hereto, which shall be maintained under seal.  Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2.    **Schedule of Payments.** The defendant shall commence monthly installment payments of not less than $200 or in an amount equal to 15 percent of his gross income, payable on the 15th of each month.

3.    **Scope of Liability.** The defendant's liability for restitution shall continue unabated until the full amount of restitution ordered herein has been paid.

Dated:    New York, New York
          July 15, 2022

THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK