**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 8, 2023

> The application to travel internationally for work and for future applications to be approved at the discretion of Probation is granted.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 5/17/2023
> New York, New York

**VIA ECF/EMAIL**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Doran Santiago Ramos,
20 CR. 4 (ER)**

Dear Judge Ramos:

With the consent of Probation, I write to request that Your Honor permit Mr. Doran Santiago Ramos to travel internationally for work. Currently, Mr. Ramos is permitted to travel domestically for work. Probation specifically requests that the Court allow it the discretion to approve any future international travel for work.

Mr. Ramos continues to work in marketing and brand development, as verified by the Probation Department. Mr. Ramos is based in New York City but can increase his pay by expanding his work in North America and Europe. The increased pay would assist Mr. Ramos in meeting his restitution obligations. According to Probation Officer Lee Kwok, Mr. Ramos has already begin submitting restitution payments.

If permitted to travel internationally, Mr. Ramos would still be required to seek approval of his travel arrangements and lodging in advance from Probation. As noted above, Probation consents to this modification.

Respectfully submitted,

/s/ Zawadi Baharanyi
Zawadi S. Baharanyi, Esq.
Assistant Federal Defender
Tel.: (212) 417-8735

CC: Lee Kwok, United States Probation.

**SO ORDERED:**

_____
**HONORABLE EDGARDO RAMOS
United States District Judge**